# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 26-490 SMD | UNITED STATES vs. HERNANDEZ |
|---|---|

**Before The Honorable Gregory B. Wormuth, Chief United States Magistrate Judge**

| Hearing Date: | FEBRUARY 10, 2026 | Time In and Out: | 2:13-2:17 P.M./2:40-2:53 P.M. (13 MIN) |
|---|---|---|---|
| Clerk: | KRISTIN SOLIS | Digital Recording: | LCR-ORGAN |
| Defendant: | IVORY HERNANDEZ | Defendant's Counsel: | PEDRO PINEDA |
| AUSA: | GRANT GARDNER | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn             ☐ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Information**

☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.    ☒ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Information**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

☐ Present conditions of release continued    ☐ Conditions changed to:

☒ Presentence Report Ordered    ☐ Expedited (Type III)

Other Matters: